UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20115-DSL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

ARDVARK, INC d/b/a REDLAND MARATHON,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, ARDVARK, INC d/b/a REDLAND MARATHON, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending full execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this April 28, 2025.

| | |
|---|---|
| */s/ Ramon J. Diego* | By: */s/ Joe M. Grant* |
| RAMON J. DIEGO | JOE M. GRANT |
| Florida Bar No. 689203 | Florida Bar No.: 137758 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **LORIUM LAW** |
| 5001 SW 74th Court, Suite 103 | 197 South Federal Highway, Suite 200 |
| Miami, FL, 33155 | Boca Raton, FL 33432 |
| Telephone: (305) 553-3464 | Telephone: (561) 361-1000 |
| Primary Email: rdiego@lawgmp.com | Email: jgrant@loriumlaw.com |
| Secondary Email: ramon@rjdiegolaw.com | *Attorney for Defendant* |
| *Counsel for Plaintiff* | |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 28, 2025.

                Respectfully submitted,

                **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
                *Co-Counsel for Plaintiff*
                5001 SW 74th Court, Suite 103
                Miami, FL, 33155
                Telephone: (305) 553-3464
                Primary E-Mail: rdiego@lawgmp.com
                Secondary E-Mail: ramon@rjdiegolaw.com

                By: ___/s/_*Ramon J. Diego*_____
                        RAMON J. DIEGO