UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20115-LEIBOWITZ

**NIGEL FRANK DE LA TORRE PARDO,**

    *Plaintiff,*

v.

**ARDVARK, INC. d/b/a
REDLAND MARATHON,**

    *Defendant.*
_____/

### ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Final Dismissal with Prejudice [ECF No. 17], filed on May 6, 2025.  Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *with prejudice*.  The Clerk of Court is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.  The parties shall bear their own costs and attorneys' fees.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2025.

                                                      DAVID S. LEIBOWITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record